UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                              :
MELSI PAJO,                   :
                              :
          Plaintiff,          :    Civ. No. 21-10423 (NLH)(KMW)
                              :
     v.                       :         OPINION
                              :
                              :
AGRI-INDUSTRIES, et al.,      :
                              :
          Defendants.         :
_____:

APPEARANCES:

Melsi Pajo
608183-D
Bayside State Prison
PO Box F-1
Leesburg, NJ 08327

     Plaintiff Pro se


HILLMAN, District Judge

     Melsi Pajo, a state prisoner presently incarcerated at
Bayside State Prison, New Jersey, submitted a complaint under 42
U.S.C. § 1983.  ECF No. 1.  The Court administratively closed
the case on May 10, 2021 because Plaintiff's in forma pauperis
application did not include the required certification from a
prison official.  ECF No. 3.  Plaintiff has now submitted a new
in forma pauperis application.  ECF No. 8.

     Plaintiff's account statement indicates an account balance
of $1387.65 as of July 2, 2021.  He indicates he is employed at
Bayside State Prison and receives $120 per month.  Therefore,

the Court concludes that Plaintiff can pay the filing fee in this matter.

For the reasons set forth above, the Court will deny Plaintiff's application to proceed in forma pauperis.  He must pay the $350 filing fee and $52 administrative fee, for a total of $402, before the complaint may be filed.

An appropriate Order follows.

Dated:  July 26, 2021              s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.